Form defntc7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
Antwoine Riley
235 W Van Buren St
2203
Chicago, IL 60607
SSN: xxx−xx−8626 EIN: N.A.

Case No. :  23−01769
Chapter :  7
Judge :  Jacqueline P. Cox

**NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE**

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **February 24, 2023.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **Schedule A−B (Form 106A/B,206A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D,206D).**
· **Schedule E−F (Form 106E/F,206E/F).**
· **Schedule G (Form 106G,206G).**
· **Schedule H (Form 106H,206H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**
· **Statement of Financial Affairs (Form 107/207).**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

The following additional documents were also due at the time of filing and are missing or deficient:

· **Certificate of Credit Counseling.**

FOR THE COURT

Dated: February 13, 2023

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court